**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6486**

———————

THOMAS D. CARR,

Plaintiff - Appellant,

versus

SPRING GROVE HOSPITAL CENTER,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, District Judge. (CA-96-1328-DKC)

———————

Submitted:  June 12, 1997          Decided:  June 18, 1997

———————

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas D. Carr, Appellant Pro Se.  Susan Renee Steinberg, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Carr v. Spring Grove Hosp. Ctr., No. CA-96-1328-DKC (D. Md. Mar. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2